**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00154-CR**
_____

**DEWAYNE LEE WALDRUP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 435th District Court
Montgomery County, Texas
Trial Cause No. 20-10-12141-CR

**ORDER**

On August 23, 2021, we abated the appeal and remanded the case to the trial court for a hearing to determine whether appointed counsel should be dismissed and whether the appellant, Dewayne Lee Waldrup, should be permitted to proceed *pro se*. At the conclusion of the hearing, appellant elected to continue with counsel. On January 10, 2022, counsel filed a motion to withdraw and allow appellant to represent himself on appeal. Counsel informs the Court that a conflict of interest has arisen between appellant and his counsel.

1

We abate the appeal and remand the case to the trial court for a hearing to determine whether appointed counsel should be dismissed and whether new counsel should be appointed or appellant should be permitted to proceed *pro se*. We direct the trial court to fully admonish appellant as to the dangers of self-representation on appeal and determine whether appellant's apparent decision to relinquish the benefits associated with counsel and to proceed *pro se* is knowingly and intelligently made. A supplemental reporter's record of the hearing, and a supplemental clerk's record containing any written findings and orders of the trial court, are to be transmitted to this Court on or before March 3, 2022. The appeal will be reinstated without further Order of this Court when the supplemental record is filed. All appellate timetables are suspended while the case is before the trial court.

ORDER ENTERED February 1, 2022.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.

2